UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                       )
                                             )       Case No. 24-17208
Brian M. Anderson                            )
                                             )       Hon. Timothy A. Barnes
             Debtor/Debtor-in-Possession.    )
                                             )       Chapter 11

## NOTICE OF  MOTION

TO:    ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 18th day of November 2025 at 9:30  a.m, I will appear electronically before the **Honorable Timothy A. Barnes in room 744** or any judge sitting in that judge's place **or** electronically as described below and present the Motion of Scott R. Clar and the law firm of Crane, Simon, Clar & Goodman for **First and Final Allowance and Payment of Compensation and Reimbursement of Expenses,** a copy of which is attached.

**IMPORTANT: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by video, use this link**: https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password. Meeting ID and passcode.

**The meeting ID for this hearing** is **Meeting ID: 161 329 5276** and the passcode is **433658**. Additional information can be found on Judge Barnes' webpage on the court's website: www.ilnb.uscourts.gov/content/judge-timothy-barnes.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: /s/ Scott R. Clar
Crane, Simon, Clar & Goodman
135 S. LaSalle St., #. 3950
Chicago, Illinois 60603
(312) 641-6777
sclar@cranesimon.com

-1-

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed with an asterisk (*) on the attached Service List via the Court's Electronic Registration/email (as indicated) and the Notice of Hearing on all other parties via first class mail, on the 27th day of October 2025.

/s/Scott R. Clar
Crane, Simon, Clar & Goodman
135 S. LaSalle St., Suite 3950
Chicago, Illinois 60603
(312) 641-6777
sclar@cranesimon.com

-2-

## SERVICE LIST

**Court's Electronic Registration:**

- **Ira Bodenstein\***   iratrustee@cozen.com, IL29@ecfcbis.com
- **Adam G. Brief\***   Ustpregion11.es.ecf@usdoj.gov
- **Scott D Nabke\***   ilbankruptcy@dallegal.com
- **Nisha B Parikh\***   ILBankruptcy@dallegal.com
- **Michael C Whelan\***   mcwhelan@whelantax.com
- **Timothy R Yueill\***   timothyy@nevellaw.com

VIA FIRST CLASS MAIL

401K Plan Refrigeration Equipment
230 W Laura Dr.
Addison, IL 60101-5014

Ally Financial
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial c/o AIS Portfolio Services, L
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)AMERICAN RECOVERY SERVICE INCORPORATED
555 ST CHARLES DRIVE STE 100
THOUSAND OAKS CA 91360-3983

Brian Marshall Anderson
445 S. Monterey
Villa Park, IL 60181-2716

Athene Annuity and Life Company
c/o Rushmore Servicing
ATTN: Bankruptcy Dept
PO Box 619096
Dallas, TX 75261-9096

BMF Capital
1820 Ave M  Suite 125
Brooklyn, NY 11230

Blitt and Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061-3112

(p)WESTLAKE COMMUNITY HOSPITAL
123 N WACKER DRIVE
SUITE 1800
CHICAGO IL 60606-1770

Adam G. Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604-2027

Cap Specialty
1600 Apsen Commons Suite 630
Middleton, WI 53562-4718

Capital One Auto Finance
PO Box 650783
City of Industry, CA 91716-0511

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Carbon Solutions Group
1130 W Monroe St
Chicago, IL 60607-2500

Chicagoland Advanced Retina Care
303 W. Lake St.
Addison, IL 60101-2586

City of Burbank
6530 W 79th St.
Burbank, IL 60459-1198

City of Oakbrook Terrace
PO Box 713383
Chicago, IL 60677-1520

Scott R Clar
Crane, Simon, Clar & Goodman
135 S Lasalle St Suite 3950
Chicago, IL 60603-4127

Dekmore Dental
2442 Sycamore Rd.
Dekalb, IL 60115-2050

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Directv, LLC
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Dr. Victoria Grannan-Manchen
340 W. Butterfield Rd.
Elgin, IL 60120

EIN Capital
475 Northern Blvd., Ste 36
New York, NY 10005

Elmhurst Rediologist, SC
PO Box 1035
Kansas City, MO 64999-1035

Endeavor Health
PO Box 713385
Chicago, IL 60677-1522

Equestrian Events LLC
45W015 Welter Road
Maple Park, IL 60151-7005

Green Capital Funding, LLC
116 Nasssau St., #804
New York, NY 10038-2481

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital
200 14th Ave. E
Sartell, MN 56377-4500

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LFPR Wind Down, Inc.
445 S. Monterey Ave.
Villa Park, IL 60181-2716

LVNV Funding LLC
PO Box 10497
Greenville, SC 29603-0497

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Libertas Funding
382 Greenwhich Ave., Ste 2
Taftville, CT 06380

Linbberger Goggan Blair &
Sampson LLP
235 S. Wacker Dr., #4030
Chicago, IL 60606

Lowes/Synchrony Bank
PO Box 660807
Dallas, TX 75266-0807

Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604

Master Partners Realty
7174 W Dempster St
Morton Grove, IL 60053-2053

Michael C. Whelan
2860 River Rd., Ste 240
Des Plaines, IL 60018-6088

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Scott D Nabke
Diaz Anselmo & Associates P.A.
1771 West Diehl Road
Suite 120
Naperville, IL 60563-4917

Orthopedic Specialist SC
360W. Butterfield Rd., #150
Elmhurst, IL 60126-5099

Nisha B Parikh
Diaz Anselmo & Associates, LLC
1771 W. Diehl Road
Suite 120
Naperville, IL 60563-4917

Paulina Jimenez
445 S Monterey Ave.
Villa Park, IL 60181-2716

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Queen Funding
2860 River Rd. #240
Des Plaines, IL 60018-6088

Region Capital
475 Northern Blvd. #36
Great Neck, NY 11021-4802

Rushmore Servicing
PO Box 650783
Dallas, TX 75265-0783

Silver Bottom LLC
37W951 McKee Street
Batavia, IL 60510-9754

TXTag
PO Box 650749
Dallas, TX 75265-0749

True Accord
16011 College Blvd., #130
Lenexa, KS 66219-9877

United Wholesale Mortgage
PO Box 77404
Trenton, NJ 08628-6404

United Wholesale Mortgage, LLC
c/o Cenlar FSB
Attn: Bankruptcy Department
425 Phillips Blvd
Ewing NJ 08618-1430

West Point Gardens Townhome Assoc.
PO Box 803555
Dallas, TX 75380-3555

Wheaton Eve Clini Ltd.
2015 N. Main St.
Wheaton, IL 60187-3190

Michael C Whelan
Whelan Law, LLC
2860 S. River Road
Suite 240
Des Plaines, IL 60018-6088

Whelan Law, LLC
2860 S. River Road, Suite 240
Des Plaines, IL 60018-6088

Timothy R Yueill
Law Offices of Ira T. Nevel
175 N. Franklin
Chicago, IL 60606-1847

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )    Case No. 24-17208
                                          )
Brian M. Anderson                         )
                                          )    Hon. Timothy A. Barnes
            Debtor/Debtor-in-Possession.  )
                                          )    Chapter 11

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on the **27th day of October, 2025**, Crane, Simon, Clar & Goodman, Debtor's Counsel, filed his First and Final Fee Application (the "Motion"), thereby requesting the sum of $22,776 for legal services rendered to the Debtors for the period May 6, 2025, through and including October 7, 2025, plus costs advanced for the same period in the sum of $2,636.73. Copies of the Motion may be obtained by request of Debtors' counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, together with objections timely filed, if any, will be held on **November 18, 2025, at 9:30 a.m.**, or as soon thereafter as counsel can be heard, I shall appear before the Honorable Timothy A. Barnes,, Bankruptcy Judge, either in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below.

**IMPORTANT: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet:** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password. Meeting ID and passcode.

**The meeting ID for this hearing** is **Meeting ID: 161 329 5276** and the passcode is **433658**. Additional information can be found on Judge Barnes' webpage on the court's website: www.ilnb.uscourts.gov/content/judge-timothy-barnes.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business day before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/Scott R. Clar
Crane, Simon, Clar & Goodman
135 S. LaSalle St., Suite 3950
Chicago, Illinois 60603
(312) 641-6777
sclar@cranesimon.com

Form G-8

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re  Brian M. Anderson

               Debtor.

)
)
)  Bankruptcy No. _____24-17208__
)
)  Chapter _____11_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Scott R. Clar and the law firm of Crane, Simon, Clar & Goodman_____

Authorized to Provide Professional Services to: _____Debtor_____

Date of Order Authorizing Employment: _____1/15/2025_____

Period for Which Compensation is Sought:

From _____November 15_____, _t 2024  through _____October 7_____2025__,  _____

Amount of Fees Sought:   $ 22,776

Amount of Expense Reimbursement Sought:   $ 2,636.73

This is an:   Interim Application _____   Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: _____10/20/25_____

_____/s/Scott R. Clar_____
(Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )
                                                    )     Case No. 24-17208
Brian M. Anderson                                   )
                                                    )     Hon. Timóthy A. Barnes
            Debtor/Debtor-in-Possession.            )
                                                    )     Chapter 11

**FIRST AND FINAL FEE APPLICATION FOR PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF THE FIRM
OF CRANE, SIMON, CLAR & GOODMAN**

CRANE, SIMON, CLAR & GOODMAN, counsel for Brian M. Anderson, Subchapter V debtor/debtor in possession herein ("Debtor"), and for its motion pursuant to §§ 330 and 331 of the Bankruptcy Code for First and Final Allowance and Payment of Compensation and Reimbursement of Expenses (the "Motion"), respectfully states as follows:

**INTRODUCTION AND JURISDICTION**

1.      On November 15, 2024, the Debtor filed his voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code ("Petition Date").

2.      The Debtor has been managing his financial affairs as debtor-in-possession since the Petition Date.

3.      On November 19, 2024, Ira Bodenstein was appointed as Subchapter V Trustee.

4.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. Sections 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. Sections 1408 and 1409.

-4-

5.      This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b).

6.      The statutory predicates for the relief requested in this Motion are § 330 and 331 of the Bankruptcy Code.

**Relevant Factual Background**

7.      The Debtor is an individual who owns several parcels of real estate and a business entity named Equestrian Events LLC ("EEL").   EEL is a state-of-the-art equestrian training and stabling facility, and is itself in a Chapter 11 proceeding.  The Debtor also formerly operated a business known as Lee's Foodservice Parts & Repairs, Inc. ("Lees").

8.      The Debtor resides at 445 S. Monterey Villa Park, Illinois 60181 (the "Villa Park Property") and also owns real property located at 3631 Hyde Park Boulevard, Elgin, Illinois 60124 (the "Elgin Property").

9.      The Debtor's Chapter 11 filing was triggered by personal guarantees and other potential personal obligations for Lees.

10.     On June 23, 2025, the Debtor filed a plan of reorganization providing for pro-rata distribution to the Debtor's creditors over a 36 month period  out of the Debtor's disposable income from his employment at Refrigeration & Equipment Services , and also from the sale of the real estate located in Villa Park, Illinois, and the court approved sale of a horse and vehicles to his wife ("Plan").  The Plan was confirmed by this Court by Order dated October 21, 2025, subject to the submission of a confirmation order.  The parties are in the process of reorganizing an acceptable Order of Confirmation.

-5-

**EMPLOYMENT OF CSCG**

11.    On January 15, 2025, this Court entered an order authorizing the Debtor to employ Crane, Simon, Clar & Goodman ("CSCG") as bankruptcy counsel.   CSCG received a $15,000 pre-petition retainer (the "Retainer").

12.    By this Motion, CSCG requests a first and final allowance of compensation and reimbursement of expenses in the amounts of $22,776.00 and $2,636.73, respectively for the period commencing November 15, 2025, through and including October 7, 2025.

13.    Time spent in the Debtor's Chapter 11 case for the time period covered by this Motion includes, but is not limited to, administrative matters, monitoring the Equestrian Events Chapter 11 case, dealing with the Debtor's secured creditors, drafting, filing and confirmation of the Debtor's Plan and this fee motion.

**CSCG BIOGRAPHICAL INFORMATION**

14.    CSCG is a law firm whose CSCG is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of four (4) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration.   The following is certain biographical information pertaining to Scott R. Clar, the member of the law firm who has rendered the majority of the services in the Debtor's Subchapter V Chapter 11 case.

**SCOTT R. CLAR**

Scott R. Clar is a member of the law firm of Crane, Simon, Clar & Goodman, and has been a practicing attorney in the State of Illinois since 1982.  He has been primarily responsible for the representation of the Debtor in this case.  From January 1985, through

September 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to Crane, Heyman, Simon, Welch & Clar and Crane, Simon, Clar & Dan, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and individual creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar, and he is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

Mr. Clar has been recognized as a "Leading Lawyer" in the field of Bankruptcy and Workout Law: Commercial by the Illinois Leading Lawyers publication.

15.     The hourly rates charged by CSCG for legal services rendered in this bankruptcy case are as follows:

| Attorney | Rate |
|---|---|
| Arthur G. Simon ("AGS") | $520.00 |
| Scott R. Clar ("SRC") | $520.00 |
| Karen R. Goodman ("KRG") | $520.00 |
| John H. Redfield ("JHR") (of counsel) | $400.00 |

These hourly rates are the customary and usual rates which CSCG charges clients in connection with bankruptcy matters.

16.     The total time expended by CSCG attorneys in connection with this Subchapter V Chapter 11 case during the period commencing November 15, 2024, through and including October 7, 2025, is as follows:

| Attorney | Hours | Amount |
|---|---|---|
| Scott R. Clar (SRC) | 43.8 | $22,776.00 |
| **Total** | **43.8** | **$22,776.00** |

## LEGAL SERVICES RENDERED

17.    Legal services rendered by CSCG, as more fully described in **Exhibits A through F**, have been divided into the following categories:

### A.    Administrative Matters

Legal services rendered in this category include preparation of the petition, schedules and statement of financial affairs, attendance at initial debtor interview and first meeting of creditors and review and analysis of monthly operating reports, and the employment of professionals to sell the Villa Park Property.

Total Time Expended:  11.3  hours

| Attorney | Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 11.3 | $5,876.00 |
| **Total** | **11.3** | **$5,876.00** |

Attached to this Motion as **Exhibit "A"** is an itemization of the legal services rendered in this category.

### B.    Mortgage Issues

CSCG spent time dealing with the Debtor's mortgage holders.

Total Time Expended:  1.1  hours

| Attorney | Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 1.1 | $572.00 |
| **Total** | **1.1** | **$572.00** |

Attached to this Motion as **Exhibit "B"** is an itemization of the legal services rendered in this category.

C. **Plan Issues**

CSCG drafted, filed and confirmed a plan of reorganization on behalf of the Debtor, contemplating pro-rata distribution out of his income from employment and the sale of certain assets.

Total Time Expended: 21.1 hours

| Attorney | Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 21.1 | $10,972.00 |
| **Total** | **21.1** | **$10,972.00** |

Attached to this Motion as **Exhibit "C"** is an itemization of the legal services rendered in this category.

D. **Equestrian Events Issues**

CSCG expended time in connection with the Equestrian Events chapter 11 case, particularly in connection with the resolution of the Silverbottom claim

Total Time Expended: 5.5 hours

| Attorney | Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 5.5 | $2,860.00 |
| **Total** | **5.5** | **$2,860.00** |

Attached to this Motion as **Exhibit "D"** is an itemization of the legal services rendered in this category.

E. **Sale of Assets**

CSCG provided legal services to the Debtor in connection with the sale of certain personal property to his wife, as well as the sale of the Villa Park real property, including drafting, reviewing and filing motions to sell assets, and court appearances in connection therewith.

Total Time Expended: 3.1 hours

| Attorney | Hours | Amount |
|---|---|---|

| | | |
|---|---|---|
| Scott R. Clar ("SRC") | 3.1 | $1,612.00 |
| **Total** | **3.1** | **$1,612.00** |

Attached to this Motion as **Exhibit "E"** is an itemization of the legal services rendered in this category.

### F.   First and Final Fee Application

CSCG expended time in connection with this Motion.

Total Time Expended:   1.7 hours

| Attorney | Hours | Amount |
|---|---|---|
| Scott R. Clar ("SRC") | 1.7 | $884.00 |
| **Total** | **1.7** | **$884.00** |

Attached to this Motion as **Exhibit "F"** is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

18.    During the course of the representation of the Debtor, CSCG has incurred necessary expenses for which reimbursement is sought.   The total amount of these expenses for the period commencing November 15, 2025, through and including October 7, 2025, is $2,636.73   Attached to this motion as **Exhibit G** is an itemization of the expenses incurred.

## CONCLUSION

19.    Other than as provided in Section 504(b) of the Bankruptcy Code, CSCG has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity.   No promises concerning compensation have been made to CSCG by any person, firm or entity.

20.     CSCG asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services.  CSCG further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

21.  CSCG asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor.

WHEREFORE, for the foregoing reasons, Scott R. Clar and the law firm of Crane, Simon, Clar & Goodman, counsel for the Debtor, pray for the entry of an order pursuant to Sections 330 and  331 of the Bankruptcy Code, as follows:

a)   Allowing interim compensation and reimbursement of expenses to CSCG in the amounts of $22,776 and $2,636.73,  respectively, for services provided from the period commencing November 15, 2025, through and including October 7, 2025.

b)    Authorizing payment by the Debtor to CSCG for any fees and expenses incurred in excess of the sum of amounts previously paid; and

c)  Granting such other relief as may be just and equitable.

Respectfully submitted,
Brian Marshall Anderson

By:  /s/ Scott R. Clar
One of his attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar

-11-

(Atty. No. 06183741)
CRANE, SIMON, CLAR & GOODMAN
135 S. LaSalle, #3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com