| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| Scott R. Clar | - SRC | 11.30 | $520.00 | $5,876.00 |
| **Total** | | **11.30** | | **$5,876.00** |



| DATE | COMMENT | ATTY | HOURS |
|---|---|---|---|
| 11/15/24 | Review and revise Petition and teleconference with Brian Anderson regarding same. | SRC | 0.50 |
|  | Telephone conference with Brian Anderson regarding filing of Chapter 11 case. | SRC | 0.20 |
| 11/18/24 | Draft, review and revise  Statement of Operations. | SRC | 0.20 |
| 11/27/24 | Telephone conference with Brian Anderson regarding IDI documents to be produced. | SRC | 0.30 |
|  | Court appearance on Motions to Extend Time to File Schedules and SOFA. | SRC | 0.60 |
| 12/03/24 | Participated in Initial Debtor Interview. | SRC | 0.50 |
|  | Telephone conference with Brian Anderson regarding Schedules and SOFA. | SRC | 0.50 |
| 12/08/24 | Telephone conference with Brian Anderson regarding schedules and SOFA. | SRC | 0.50 |
| 12/10/24 | Telephone conference with Brian Anderson regarding Schedules and Statement of Financial Affairs. | SRC | 1.00 |
| 12/11/24 | Telephone conference with Brian Anderson regarding Schedules and Statement of Financial Affairs. | SRC | 0.50 |
|  | Telephone conference with Brian Anderson regarding Schedules and Statement of Financial Affairs. | SRC | 0.50 |
|  | Draft, review and revise Schedules and SOFA. | SRC | 1.50 |
| 12/12/24 | Telephone conference with Jen Toth, Brian Anderson and Karen Newbury regarding Form 426 and certificate of insurance. | SRC | 0.20 |
| 12/16/24 | Prepared for and attended First Meeting of Creditors. | SRC | 0.80 |
| 12/31/24 | Court appearance on status of Chapter 11 case. | SRC | 0.60 |
| 01/03/25 | Review and analysis of form 426 (b). | SRC | 0.20 |
| 02/20/25 | Review and analysis of November and December MORs. | SRC | 0.30 |
| 03/04/25 | Telephone conference with Brian Anderson re Silverbottom claim. | SRC | 0.20 |

| 04/15/25 | Participated in status hearing on Chapter 11 case. | SRC | 0.50 |
| | Phone call with Brian Anderson re status hearing result. | SRC | 0.10 |
| 04/22/25 | Phone call with  Brian Anderson re adding disputed creditor | SRC | 0.20 |
| 06/01/25 | Review and analysis of e-mail and research contained therein re objection to Silver Bottom claim. | SRC | 0.80 |
| 06/05/25 | Teleconference with Brian Anderson re bond creditor. | SRC | 0.20 |
| 06/12/25 | Teleconference with Brian Anderson re post-petition debt issue. | SRC | 0.20 |
| 09/17/25 | Teleconference with Brian Anderson re Sub V trustee fees. | SRC | 0.20 |

Total: 11.30

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| Scott R. Clar | - SRC | 1.10 | $520.00 | $572.00 |
| **Total** | | **1.10** | | **$572.00** |



| DATE | COMMENT | ATTY | HOURS |
|---|---|---|---|
| 12/02/24 | Telephone conference with Brian Anderson regarding payment of mortgage. | SRC | 0.20 |
| 12/17/24 | Telephone conference with Brian Anderson regarding loan modification. | SRC | 0.20 |
| 02/10/25 | Telephone conference with Brian Anderson re Villa Park loan modification rejection. | SRC | 0.20 |
| 04/16/25 | Phone call with United Home Mortgage re Elgin property. | SRC | 0.50 |
| Total: | | | 1.10 |

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| Scott R. Clar | - SRC | 21.10 | $520.00 | $10,972.00 |
| **Total** | | **21.10** | | **$10,972.00** |



EXHIBIT C

| DATE | COMMENT | ATTY | HOURS |
|---|---|---|---|
| 11/15/24 | Review and analysis of email from Brian Anderson regarding Plan issues. | SRC | 0.50 |
| | Telephone conference with Brian Anderson regarding Plan issues. | SRC | 0.30 |
| 01/28/25 | Telephone conference with Brian Anderson re plan issues. | SRC | 0.20 |
| | Correspondence to Michael Whelan re proof of claim. | SRC | 0.30 |
| 01/29/25 | Draft, review and revise motion to extend time to file plan. | SRC | 1.20 |
| 02/03/25 | Review of expenses and income spreadsheet. | SRC | 0.20 |
| 02/05/25 | Telephone conference with Brian Anderson re plan issues. | SRC | 0.20 |
| 02/25/25 | Court appearance re: status hearing on the Plan. | SRC | 0.50 |
| 04/02/25 | Draft, review and revise second motion to extend time to file plan | SRC | 1.20 |
| 04/09/25 | Phone call with Brian Anderson re plan issues. | SRC | 0.10 |
| 05/01/25 | Review and analysis of proposed plan mechanics sent by client. | SRC | 0.50 |
| 05/06/25 | Draft plan of reorganization. | SRC | 2.50 |
| 05/10/25 | Review and analysis of Brian Anderson's suggested revisions to plan and phone call with Brian Anderson re: same. | SRC | 0.50 |
| 06/04/25 | Teleconference with Brian Anderson re plan issues. | SRC | 0.50 |
| 06/09/25 | Review and revise plan of reorganization | SRC | 0.50 |
| 06/11/25 | Review and revise plan of reorganization. | SRC | 1.40 |
| | Review, analysis and response to e-mail from Brian Anderson re: plan issues. | SRC | 0.10 |
| | Teleconference with Brian Anderson re plan revisions. | SRC | 0.50 |

| Date | Description | | Amount |
|---|---|---|---|
| 06/16/25 | Review and revise plan of reorganization. | SRC | 0.60 |
| 06/17/25 | Review and revise plan of reorganization and teleconference with Brian Anderson re plan issues. | SRC | 0.70 |
| 06/18/25 | Review and revise plan. | SRC | 1.50 |
| 06/23/25 | Review and revise plan | SRC | 0.50 |
| 07/08/25 | Participated in status hearing on plan. | SRC | 0.50 |
| 08/06/25 | Phone calls to and from Brian Anderson re plan issues. | SRC | 0.30 |
| 08/28/25 | E-mails to and from Brian Anderson and Nisha Parikh re United Wholesale Mortgage mortgage arrearage cure in plan. | SRC | 0.20 |
| 09/03/25 | Teleconference with Brian Anderson re plan voting issues. | SRC | 0.20 |
| 09/09/25 | Teleconference with Brian Anderson re confirmation issues. | SRC | 0.20 |
| | Draft, review and revise ballot report | SRC | 0.50 |
| 09/10/25 | Teleconference with Brian Anderson re confirmation issues. | SRC | 0.20 |
| 09/16/25 | Prepared for hearing on confirmation | SRC | 1.00 |
| | Phone calls to and from Brian Anderson and Ira Bodenstein re confirmation issues. | SRC | 0.30 |
| | Participated in status on confirmation. | SRC | 0.70 |
| 09/29/25 | Draft, review and revise Declaration in support of Confirmation | SRC | 1.10 |
| 09/30/25 | Participated in hearing on confirmation. | SRC | 0.70 |
| | Review and revise confirmation order. | SRC | 0.70 |

Total:                                                                                                    21.10

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| Scott R. Clar | - SRC | 5.50 | $520.00 | $2,860.00 |
| **Total** | | **5.50** | | **$2,860.00** |



| DATE | COMMENT | ATTY | HOURS |
|---|---|---|---|
| 01/29/25 | Telephone conference with Rich Larsen re EE sale. | SRC | 0.20 |
| 02/05/25 | Court appearance on Equestrian Event motion to sell and Anderson motion to extend time to file plan. | SRC | 1.50 |
| 04/15/25 | Participated in status of Equestrian Event Chapter 11 case. | SRC | 0.70 |
| 04/29/25 | Participated in hearing on status of Chapter 11 case and status of Equestrian Events case. | SRC | 0.60 |
| 06/24/25 | Participated in Anderson and EEL status hearings. | SRC | 0.50 |
| 08/13/25 | Appeared in connection with EEL rulings on administrative expense, motion to dismiss, etc. | SRC | 2.00 |
| Total: | | | 5.50 |

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| Scott R. Clar | - SRC | 3.10 | $520.00 | $1,612.00 |
| **Total** | | **3.10** | | **$1,612.00** |



| DATE | COMMENT | ATTY | HOURS |
|------|---------|------|-------|
| 02/25/25 | Telephone conference with Brian Anderson re sale of vehicles. | SRC | 0.20 |
| 06/12/25 | Teleconference with Brian Anderson re purchase agreement and title to Villa Park property. | SRC | 0.20 |
| 06/13/25 | Review and revise motion to sell to Paulina Jiminez. | SRC | 0.50 |
| 06/30/25 | Zoom call with Jack Shahid re sale of Boomer Tractor | SRC | 0.20 |
| 07/09/25 | Participated in hearing on motion to sell assets. | SRC | 0.50 |
| 07/16/25 | Draft, review and revise motion to employ real estate broker. | SRC | 0.70 |
| 07/23/25 | Participated in hearing on motion to employ broker. | SRC | 0.50 |
| 08/25/25 | Phone calls to and from Brian Anderson and Tim Yueill re listing of Villa Park property. | SRC | 0.30 |
| Total: | | | 3.10 |

# CRANE, SIMON, CLAR & DAN

135 S. LaSalle, Suite 3950
Chicago, IL 60603

Ph:312-641-6777                    Fax:312-641-7114

Brian Anderson                                                    October 8, 2025
45 W 015 Welter Road
Maple Park, IL 60151

|              |          |
|--------------|----------|
| File #:      | 13317-F  |
| Inv #:       | Sample   |

**Attention:**

**RE:**     Category F - Fee Application

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Oct-06-25 | Began drafting of fee application. | 0.70 | 364.00 | SRC |
| Oct-07-25 | Review and revise fee application. | 1.00 | 520.00 | SRC |
| | Totals | 1.70 | $884.00 | |

| | |
|---|---|
| **Total Fees & Disbursements** | **$884.00** |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$884.00** |



## EXHIBIT G

### Expenses

**Postage**

| | | |
|---|---|---:|
| 11/20/24 | Motion to Use Bank Account | $ .69 |
| 1/7/25 | Motion to Employ CSCG | .97 |
| 1/24/25 | Motion to Extend Time to File Plan | 1.77 |
| 2/3/25 | Notice of Withdrawal | 1.38 |
| 2/3/25 | Letter to EIN Capital | .97 |
| 6/11/25 | Amended Schedule F | 1.38 |
| 6/18/25 | Motion to Sell Certain Assets | 84.87 |
| 7/16/25 | Ballot Package | 136.64 |
| 7/16/25 | Motion to Employ RE Broker | 2.06 |
| 7/30/25 | Amended NOM and Motion to Employ RE Broker | 2.72 |
| 7/30/25 | Amended NOM to Pauling Jiminez | .74 |
| 8/6/25 | Ballot Package to Libertas Funding | 2.44 |

**Total Postage**      $ 236.63

**Miscellaneous**

| | | |
|---|---|---:|
| 10/5/25 | In-house copying (4,281 pages @$.10/copy) | $ 428.10 |
| 11/15/24 | Court Filing Fee | 1,738.00 |
| 6/9/25 | Schedule Filing | 34.00 |
| 6/18/25 | Court Filing Fee – Motion to Sell Certain Assets | 199.00 |

**Total Miscellaneous**      $2,400.10

**TOTAL EXPENSES**      $2,636.73