UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-17208 |
| Brian M. Anderson | ) | |
| | ) | Hon. Timothy A. Barnes |
| Confirmed Debtor.     . | ) | |
| | ) | Chapter 11 |

### NOTICE OF SUBSTANTIAL CONSUMMATION OF SUBCHAPTER V PLAN

Pursuant to Section 1191(a) of the Bankruptcy Code, Brian Anderson, confirmed debtor herein submits the following as evidence of payments made under his Plan of Reorganization confirmed on October 21, 2025, and requests that pursuant to Section 1191(a), Ira Bodenstein, Subchapter V trustee, be discharged.  A list of payments made by the Debtor pursuant to his confirmed plan is attached hereto as **Exhibit A**.

Respectfully submitted,

Brian Marshall Anderson

By:  /s/ Scott R. Clar
      One of his attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar   (Atty. No. 06183741)
CRANE, SIMON, CLAR & GOODMAN
135 S. LaSalle, #3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com