| Line Item | Allowed Claims/Creditor | Allowed Claim | Quarterly Pmt | Scheduled Date | Paid Date |
|---|---|---|---|---|---|
| 4.10 | 401K Plan Refrigeration Equipment | $ 25,616.64 | $ 190.26 | 5/1/2026 | 3/12/2026 |
| 4.20 | American Recovery Service | $ 24,217.87 | $ 179.87 | 5/1/2026 | 3/12/2026 |
| 4.30 | Blitt and Gaines, PC | $ 17,144.00 | $ 127.33 | 5/1/2026 | 3/12/2026 |
| 4.40 | Blitt and Gaines, PC | $ 18,302.00 | $ 135.93 | 5/1/2026 | 3/12/2026 |
| 4.60 | Chicagoland Advanced Retina Care Ltd | $ 75.00 | $ 0.56 | 5/1/2026 | 3/12/2026 |
| 4.70 | City Of Burbank | $ 200.00 | $ 1.49 | 5/1/2026 | 3/12/2026 |
| 4.80 | City of Oakbrook Terrace | $ 200.00 | $ 1.49 | 5/1/2026 | 3/12/2026 |
| 4.90 | Dekmore Dental | $ 76.34 | $ 0.57 | 5/1/2026 | 3/12/2026 |
| 4.10 | Dr. Victoria Granna-Manchen | $ 1,013.80 | $ 7.53 | 5/1/2026 | 3/12/2026 |
| 4.12 | Elmhurst Radiologists | $ 109.35 | $ 0.81 | 5/1/2026 | 3/12/2026 |
| 4.13 | Endeavor Health | $ 1,335.00 | $ 9.92 | 5/1/2026 | 3/12/2026 |
| 4.17 | Lineberger Groggan Blair & Sampson | $ 200.00 | $ 1.49 | 5/1/2026 | 3/12/2026 |
| 4.18 | Lowes/Sychrony Bank | $ 3,951.01 | $ 29.35 | 5/1/2026 | 3/12/2026 |
| 4.19 | LVNV Funding LLC | $ 558.01 | $ 4.14 | 5/1/2026 | 3/12/2026 |
| 4.20 | Michael C. Whelan | $ 18,569.27 | $ 137.92 | 5/1/2026 | 3/12/2026 |
| 4.21 | Orthopedic Speciailits S.C. | $ 149.80 | $ 1.11 | 5/1/2026 | 3/12/2026 |
| 4.40 | Silver Bottom LLC | $ 190,480.00 | $ 1,414.76 | 5/1/2026 | 3/12/2026 |
| 4.25 | True Accord | $ 526.37 | $ 3.91 | 5/1/2026 | 3/12/2026 |
| 4.26 | TX Tag Account #120005203998 | $ 131.53 | $ 0.98 | 5/1/2026 | 3/12/2026 |
| 4.28 | Wheaton Eye Clinic | $ 79.79 | $ 0.59 | 5/1/2026 | 3/12/2026 |
| | | | $ 2,250.00 | | |



EXHIBIT

| Administrative Claim | Amount | Date |
|---|---|---|
| Ira Bodenstein | $ 4,550.00 | 1/16/2026 |
| Ira Bodenstein | $ 4,590.00 | 9/22/2025 |

Case 24-17208   Doc 102-1   Filed 03/18/26   Entered 03/18/26 09:52:34   Desc Exhibit A   Page 2 of 4

| Administrative Claim | Amount | Date |
|---|---|---|
| Scott Clar | $ 10,412.73 | 12/3/2025 |

| Claim Class | Secured Creditor | Plan Payment | | Date |
|---|---|---|---|---|
| Class 2 | United Wholesale Mortgage - Arrears | $ | 634.34 | As Scheduled per Plan |
| Class 2 | United Wholesale Mortgage - Monthly Payment | $ | 2,738.92 | As Scheduled per Plan |
| Class 3 | Capital One Auto Finance - Monthly Payment | $ | 593.21 | As Scheduled per Plan |
| Class 4 | West Pont Gardens - Arrears | $ | 36.75 | As Scheduled per Plan |