UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)  Case No. 24-17208
Brian M. Anderson )
)  Hon. Timothy A. Barnes
Debtor/Debtor-in-Possession. )
)  Chapter 11

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Substantial Consummation of Subchapter V Plan to be served on the attached Service List via the Court's Electronic Registration/email/First Class Mail (as indicated) on the 18th day of March 2026.

/s/Scott R. Clar
Crane, Simon, Clar & Goodman
135 S. LaSalle St., Suite 3950
Chicago, Illinois 60603
(312) 641-6777
sclar@cranesimon.com

-1-

## SERVICE LIST

**Court's Electronic Registration**:

- Ira Bodenstein     iratrustee@cozen.com, IL29@ecfcbis.com
- Adam G. Brief     Ustpregion11.es.ecf@usdoj.gov
- Scott D Nabke     ilbankruptcy@dallegal.com
- Nisha B Parikh     ILBankruptcy@dallegal.com
- Michael C Whelan     mcwhelan@whelantax.com
- Timothy R Yueill     timothyy@nevellaw.com

**VIA FIRST CLASS MAIL**

401K Plan Refrigeration Equipment
230 W Laura Dr.
Addison, IL 60101-5014

Ally Financial
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial c/o AIS Portfolio Services, L
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)AMERICAN RECOVERY SERVICE INCORPORATED
555 ST CHARLES DRIVE STE 100
THOUSAND OAKS CA 91360-3983

Brian Marshall Anderson
445 S. Monterey
Villa Park, IL 60181-2716

Athene Annuity and Life Company
c/o Rushmore Servicing
ATTN: Bankruptcy Dept
PO Box 619096
Dallas, TX 75261-9096

BMF Capital
1820 Ave M 11230-5347

Blitt and Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061-3112

(p)WESTLAKE COMMUNITY HOSPITAL
123 N WACKER DRIVE
SUITE 1800
CHICAGO IL 60606-1770

Adam G. Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604-2027

Cap Specialty
1600 Apsen Commons Suite 630
Middleton, WI 53562-4718

Capital One Auto Finance
PO Box 650783
City of Industry, CA 91716-0511

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Carbon Solutions Group
1130 W Monroe St
Chicago, IL 60607-2500

Chicagoland Advanced Retina Care
303 W. Lake St.
Addison, IL 60101-2586

City of Burbank
6530 W 79th St.
Burbank, IL 60459-1198

City of Oakbrook Terrace
PO Box 713383
Chicago, IL 60677-1520

Dekmore Dental
2442 Sycamore Rd.
Dekalb, IL 60115-2050

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Directv, LLC
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Dr. Victoria Grannan-Manchen
340 W. Butterfield Rd.
Elgin, IL 60120

EIN Capital
475 Northern Blvd., Ste 36
New York, NY 10005

Elmhurst Rediologist, SC
PO Box 1035
Kansas City, MO 64999-1035

Endeavor Health
PO Box 713385
Chicago, IL 60677-1522

Equestrian Events LLC
45W015 Welter Road
Maple Park, IL 60151-7005

Green Capital Funding, LLC
116 Nasssau St., #804
New York, NY 10038-2481

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital
200 14th Ave. E
Sartell, MN 56377-4500

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LFPR Wind Down, Inc.
445 S. Monterey Ave.
Villa Park, IL 60181-2716

LVNV Funding LLC
PO Box 10497
Greenville, SC 29603-0497

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Libertas Funding
382 Greenwhich Ave., Ste 2
Taftville, CT 06380

Linbberger Goggan Blair &
Sampson LLP
235 S. Wacker Dr., #4030
Chicago, IL 60606

Lowes/Synchrony Bank
PO Box 660807
Dallas, TX 75266-0807

Master Partners Realty
7174 W Dempster St
Morton Grove, IL 60053-2053

Michael C. Whelan
2860 River Rd., Ste 240
Des Plaines, IL 60018-6088

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Scott D Nabke
Diaz Anselmo & Associates P.A.
1771 West Diehl Road
Suite 120
Naperville, IL 60563-4917

Orthopedic Specialist SC
360W. Butterfield Rd., #150
Elmhurst, IL 60126-5099

Nisha B Parikh
Diaz Anselmo & Associates, LLC
1771 W. Diehl Road
Suite 120
Naperville, IL 60563-4917

Paulina Jimenez
445 S Monterey Ave.
Villa Park, IL 60181-2716

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Queen Funding
2860 River Rd. #240
Des Plaines, IL 60018-6088

Region Capital
475 Northern Blvd. #36
Great Neck, NY 11021-4802

Rushmore Servicing
PO Box 650783
Dallas, TX 75265-0783

Silver Bottom LLC
37W951 McKee Street
Batavia, IL 60510-9754

TXTag
PO Box 650749
Dallas, TX 75265-0749

True Accord
16011 College Blvd., #130
Lenexa, KS 66219-9877

United Wholesale Mortgage
PO Box 77404
Trenton, NJ 08628-6404

United Wholesale Mortgage, LLC
c/o Cenlar FSB
Attn: Bankruptcy Department
425 Phillips Blvd
Ewing NJ 08618-1430

West Point Gardens Townhome Assoc.
PO Box 803555
Dallas, TX 75380-3555

Wheaton Eve Clini Ltd.
2015 N. Main St.
Wheaton, IL 60187-3190

Michael C Whelan
Whelan Law, LLC
2860 S. River Road
Suite 240
Des Plaines, IL 60018-6088

Whelan Law, LLC
2860 S. River Road, Suite 240
Des Plaines, IL 60018-6088

Timothy R Yueill
Law Offices of Ira T. Nevel
175 N. Franklin
Chicago, IL 60606-1847

Whelan Law, LLC
2860 S. River Road, Suite 240
Des Plaines, IL 60018-6088

Timothy R Yueill
Law Offices of Ira T. Nevel
175 N. Franklin
Chicago, IL 60606-1847